1   DILLINGHAM & MURPHY, LLP
    WILLIAM F. MURPHY (STATE BAR NO. 82482)
2   J. CROSS CREASON, III (STATE BAR NO. 209492)
    225 Bush Street, 6th Floor
3   San Francisco, California 94104-4207
    Telephone:    (415) 397-2700
4   Facsimile:    (415) 397-3300

5       Attorneys for Defendant COMPASS ANALYTICS, LLC
        and Defendants and Counterclaimants MARK FELISKY,
6       ROBIN KESSEL, LINDSAY HILL, and GLEN BROWN

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  SERVICING.COM dba MORTGAGE              Case No. C04-0191 PJH
    INDUSTRY ADVISORY COMPANY,

13              Plaintiff,                  **STIPULATION FOR AND ORDER**
                                            **MOVING THE LAST DAY FOR**
14          v.                             **HEARING DISPOSITIVE MOTIONS**
                                            **TO AND INCLUDING AUGUST 31,**
15  COMPASS ANALYTICS, LLC,                **2005**
    MARC FELISKY, ROBIN KESSEL,
16  LINDSAY HILL and GLEN BROWN,

17              Defendants.

18  ──────────────────────────────
    MARC FELISKY, ROBIN KESSEL,
19  LINDSAY HILL, and GLEN BROWN,

20              Counterclaimants,

21          v.

22  SERVICING.COM dba MORTGAGE
    INDUSTRY ADVISORY COMPANY,

23              Counterdefendant.

24

25      Plaintiff SERVICING.COM dba MORTGAGE INDUSTRY ADVISORY COMPANY

26  ("Plaintiff") and Defendant COMPASS ANALYTICS, LLC ("Compass Analytics") and

27  Defendants and Counterclaimants MARC FELISKY, ROBIN KESSEL, LINDSAY HILL and

28  GLEN BROWN [collectively "Defendants"] hereby stipulate, through their counsel of record, that

1   the Court may enter an order extending the last day for hearing dispositive motions in this matter

2   to and including August 31, 2005.  The currently set last date for hearing such motions is August

3   24, 2005.   The parties believe there is good cause for moving the last day for hearing such

4   motions because (1) counsel for defendants will be out of the country from approximately July 28

5   through August 12, 2005; and (2) the daughter of counsel for defendants is leaving for the East

6   Coast to attend college on August 23, 2005.  The brief change in date will permit counsel to

7   participate fully in briefing and in preparation for arguing any such motions.  This proposed

8   change will not impact any other date set by the Court, including pretrial and trial dates.

9   Dated:  June 9, 2005                      DILLINGHAM & MURPHY, LLP

10                                            WILLIAM F. MURPHY

11

12                                 By _____

13                                            Attorneys for Defendants and Counterclaimants

14   Dated: June 9, 2005                      WILLOUGHBY, STUART & BENING, INC.

15                                            BRADLEY A. BENING
                                             BRUCE D. MacLEOD
16

17

18

19                                 By _____

20                                            Attorneys for Plaintiff

21

22

23

24

25

26

27

28

1

### <u>ORDER</u>

2        Pursuant to the parties' stipulation, and good cause appearing, it is hereby ORDERED that

3  the last day for hearing dispositive motions in this action shall be August 31, 2005.

4

5        Dated: _6/14/05_____.

6

7

8

9

10                                     _____
                                            United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28