| | |
|---|---|
| 1 | DILLINGHAM & MURPHY, LLP |
| 2 | WILLIAM F. MURPHY (STATE BAR NO. 82482)<br>225 Bush Street, 6th Floor |
| 3 | San Francisco, California 94104-4207<br>Telephone:   (415) 397-2700 |
| 4 | Facsimile:   (415) 397-3300 |
| 5 | ARTHUR LEINWOHL, ESQ. (SBN 38806)<br>480 Beaver Street |
| 6 | Brockway Vista, California 96413<br>Telephone:   530-546-8100 |
| 7 | Facsimile:   530-546-3030 |
| 8 | Attorneys for Defendant COMPASS ANALYTICS, LLC<br>and Defendants and Counterclaimants MARC FELISKY, |
| 9 | ROBIN KESSEL, GLEN BROWN, and LINDSAY HILL |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SERVICING.COM dba MORTGAGE INDUSTRY ADVISORY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS ANALYTICS, LLC,<br>MARC FELISKY and ROBIN KESSEL,<br><br>Defendants. | Case No. C04-0191 PJH<br><br>[~~PROPOSED~~] **ORDER ON APPLICATION FOR AN ORDER EXPEDITING THE HEARING ON MOTION TO PRECLUDE ADDITIONAL EXPERT WITNESS TESTIMONY**<br><br>Date:      TBD<br>Time:      TBD.<br>Location:  Courtroom 3, 17th Floor<br>           Hon. Phyllis J. Hamilton |
| MARC FELISKY, ROBIN KESSEL, LINDSAY HILL, and GLEN BROWN,<br><br>Counterclaimants,<br><br>v.<br><br>SERVICING.COM dba MORTGAGE INDUSTRY ADVISORY COMPANY,<br><br>Counterdefendant. | |

Page 1 – Case No. C04-0191 PJH
PROPOSED ORDER RE: APPLICATION FOR EXPEDITED HEARING

1  The Court, having reviewed the matters submitted regarding this application for an
2  expedited hearing, and good cause appearing, hereby ORDERS that the hearing on the motion of
3  COMPASS ANALYSTIC, LLC, ("Compass") and defendants and counterclaimants <u>MARC</u>
4  <u>FELISKY</u>, <u>ROBIN KESSEL</u>, <u>LINDSAY HILL</u>, AND <u>GLEN BROWN</u> for an order precluding
5  plaintiff and counterdefendant <u>SERVICING.COM dba MORTGAGE INDUSTRY ADVISORY</u>
6  <u>COMPANY</u> ("MIAC") from introducing any additional expert testimony will be held on
7  <u>NO HEARING</u>. Counsel for plaintiff and counterdefendant is to file
8  and serve any response on or before <u>JULY 18, 2005</u>. NO REPLY.
9  
10  Dated: 7/11/05
11  
12  _____
    UNITED STATES DISTRICT JUDGE

Page 2 – Case No. C04-0191 PJH
PROPOSED ORDER RE: APPLICATION FOR EXPEDITED HEARING

# PROOF OF SERVICE

I am employed in the City and County of San Francisco. I am over the age of eighteen (18) years, and not a party to the within above-entitled action. My business address is 225 Bush Street, 6th Floor, San Francisco, California 94104-4207. On July 8, 2005, I served the following on each party listed below:

**[PROPOSED] ORDER ON APPLICATION FOR AN ORDER EXPEDITING THE HEARING ON MOTION TO PRECLUDE ADDITIONAL EXPERT WITNESS TESTIMONY**

☑ **(BY MAIL)** By depositing for collection and mailing, following ordinary business practices, a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid.

☐ **(BY PERSONAL SERVICE)** By causing a true copy thereof enclosed in a sealed envelope, to be personally delivered on the date indicated below.

☐ **(BY OVERNIGHT DELIVERY)** By causing a true copy thereof, enclosed in a sealed envelope, to be delivered via overnight courier service.

☑ **(BY FAX)** By sending a true copy thereof by facsimile machine to the numbers listed below, and then depositing for collection and mailing, following ordinary business practices, a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid.

| | |
|---|---|
| Bruce D. MacLeod, Esq.<br>Willoughby, Stuart and Bening<br>40 West San Fernando, Suite 400<br>San Jose, California 95113<br>Telefacsimile: 408 295-6375 | E-File<br>United States District Court<br>Northern District of California<br>San Francisco Division |

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on July 8, 2005, at San Francisco, California.

_Rose Shushanyan_
Rose Shushanyan

Proof Of Service                                                                                         Case No. C04-0191 PJH