1  DILLINGHAM & MURPHY, LLP
   WILLIAM F. MURPHY (STATE BAR NO. 82482)
2  225 Bush Street, 6th Floor
   San Francisco, California 94104-4207
3  Telephone:  (415) 397-2700
   Facsimile:  (415) 397-3300
4
   ARTHUR LEINWOHL, ESQ. (SBN 38806)
5  480 Beaver Street
   Brockway Vista, California 96413
6  Telephone:  530-546-8100
7  Facsimile:  530-546-3030

8       Attorneys for Defendant COMPASS ANALYTICS, LLC
        and Defendants and Counterclaimants MARC FELISKY,
9       ROBIN KESSEL, GLEN BROWN, and LINDSAY HILL

10 BRADLEY A. BENING (STATE BAR NO. 104221)
   BRUCE D. MacLEOD (STATE BAR NO. 130860)
11 WILLOUGHBY, STUART & BENING, INC.
   50 W. San Fernando Street, Suite 400
12 San Jose, California 95113
   Telephone:  (408) 289-1972
13 Facsimile:  (408) 295-6375

14      Attorneys for Plaintiff and Counterdefendant
        SERVICING.COM dba MORTGAGE INDUSTRY
15      ADVISORY COMPANY

16                      UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

18

19 
   SERVICING.COM dba MORTGAGE           Case No. C04-0191 PJH
20 INDUSTRY ADVISORY COMPANY,
                                        **STIPULATION FOR AND ORDER
21              Plaintiff,              DISMISSING ACTION, WITH
                                        PREJUDICE**
22        v.
                                        **Rule 41(a)**
23 
   COMPASS ANALYTICS, LLC,
24 MARC FELISKY and ROBIN KESSEL,
25              Defendants.
26
27
28

Page 1 – Case No. C04-0191 PJH
Stipulation And Order Dismissing Action With Prejudice

1  Plaintiff and counterdefendant SERVICING.COM dba MORTGAGE INDUSTRY
2  ADVISORY COMPANY ("Plaintiff") and Defendant COMPASS ANALYTICS, LLC ("Compass
3  Analytics") and Defendants and Counterclaimants MARC FELISKY ("Felisky"), ROBIN
4  KESSEL ("Kessel"), LINDSAY HILL, and GLEN BROWN [collectively "Defendants"] hereby
5  stipulate pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, through their counsel of
6  record, that the Court shall enter an order dismissing this action in its entirety with prejudice,
7  including but not limited to the First Amended Complaint and the First Amended Counterclaim,
8  with prejudice, each party to bear its or his own attorneys' fees and costs.

9  Dated: August 2, 2005            DILLINGHAM & MURPHY, LLP
                                     WILLIAM F. MURPHY

                                     By _____
                                        Attorneys for Defendants and Counterclaimants

   Dated: August 2, 2005            WILLOUGHBY, STUART & BENING, INC.
                                     BRADLEY A. BENING
                                     BRUCE D. MacLEOD


                                     By _____
                                        Attorneys for Plaintiff and Counterdefendant

## ORDER

Pursuant to the parties' stipulation and Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this action is hereby dismissed in its entirety with prejudice, including but not limited to the First Amended Complaint and the First Amended Counterclaim, with prejudice, each party to bear its or his own attorneys' fees and costs.

Dated: 8/15/05 _____.

_____
United States District Judge